■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN JACARUSO, Appellant. [664 NYS2d 109] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Thomas, J.), rendered December 2, 1993, convicting him of two counts of assault in the second degree, unlawful imprisonment in the first degree, and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We reject the defendant's contention that a mistrial was necessary because the prosecutor asked on cross-examination if he had threatened the complaining witness during a recess in her testimony. The prosecutor had a good faith basis for asking the question and the testimony was admissible on the ground that it had "some tendency to prove a consciousness of guilt" (*People v Griffin,* 126 AD2d 743, 744; *People v Whaley,* 144 AD2d 510; *People v King,* 175 AD2d 266).

The defendant's remaining contentions are either unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Broadus,* 129 AD2d 997; *see also, People v Roopchand,* 107 AD2d 35, *affd* 65 NY2d 837) or without merit. Rosenblatt, J. P., Copertino, Goldstein and Luciano, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERWIN JACKSON, Appellant. [665 NYS2d 571] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 30, 1988 (*People v Jackson,* 145 AD2d 646), affirming a judgment of the County Court, Nassau County, rendered April 18, 1985.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Thompson and Sullivan, JJ., concur.